UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. TOBIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | No. 2:20-cv-1598-EFB P<br><br><br><br>ORDER |

James M. Tobin is a state prisoner proceeding without counsel. This action was opened when he submitted to the court an unsigned letter. ECF No. 1. Mr. Tobin did not, however, properly commence a civil action.

On August 18, 2020, the court informed Mr. Tobin that there was no case before the court unless he filed a signed petition or a signed complaint and either paid the filing fee or met the requirements of 28 U.S.C. § 1915(a). ECF No. 3 (citing Fed. R. Civ. P. 11(a) (requiring that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented.")). The court also warned Mr. Tobin that failure to comply with the court's order could result in this case being closed.

/////

/////

1    To date, Mr. Tobin has not complied with the court's order or responded in any way. In the absence of a signed petition or complaint and payment of the filing fee or an application to proceed in forma pauperis, there is simply no case before the court.

Accordingly, the Clerk is directed to close the case.

DATED:  September 28, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE